# UNITED STATES DISTRICT COURT
## Eastern District of Wisconsin
## U.S. Probation / Pretrial Services
### *"Together Making a Difference"*

**Jessica L. Hoene**
Chief U.S. Probation Officer

517 E. Wisconsin Avenue
Room 001
Milwaukee, WI 53202
Main: 414-297-1425
Toll Free: 888-289-8386
Fax: 414-297-1989

125 South Jefferson Street
Suite 301
Green Bay, WI 54301
Main: 920-884-7780
Toll Free: 866-350-2586
Fax: 920-884-7786

**Reply to: Milwaukee**

Re: US v Nael N Jabbar, 26-cr-23

Dear Mr. Jabbar:

You have been charged with a violation of Federal law. The enclosed summons/notice requires you to appear before a U. S. Magistrate Judge who will set conditions for your release pending trial. This office is responsible to the Judge, not the government's prosecutor. Our function is to assist the Court in arriving at a fair and reasonable decision as to bail.

**It is very important you call <u>Amy or Jill with Pretrial Services at 414-297-1928</u> at your earliest convenience to arrange for an interview with a Pretrial Services Officer.** The officer will ask you a number of questions regarding your personal history and ties to the community. You should not discuss the facts or circumstances of the offense or offenses for which you have been charged. The information you provide will be verified and included in a report which will be given to the Judge prior to your appearance in court.

To expedite the interview, please complete the enclosed Pretrial Services Interview Worksheet and bring it with you to the interview with the Pretrial Services Officer. We have also enclosed a form giving examples of documentation which you must provide to the Pretrial Services Officer at the time of the interview. The information you provide will be used only for the purpose of setting the conditions of your release pending trial/sentence and shall otherwise be confidential. The report will be made available to you, your attorney, and the attorney for the government.

Please feel free to consult with your attorney prior to responding to this letter. If you cannot afford to hire an attorney, we will assist you in applying for appointment of counsel at the government's expense.

Sincerely,

s/ Jessica L. Hoene
Jessica L. Hoene
Chief U. S. Probation Officer

Enclosures

## INSTRUCTIONS TO PERSONS REFERRED TO PRETRIAL SERVICES

To assist this office in verifying the information the Court will use in determining your suitability for bail, some proof of background information will be necessary.

If you plan to apply for court-appointed counsel, you must make every effort to produce proof of your financial condition.

If there is a potential conflict between your providing any portion of this information and the charges you face, the Pretrial Services Officer may exempt you from providing the information. Please consult with your attorney and the Pretrial Services Officer.

Please bring to your interview with the Pretrial Services Officer any of the following that pertain to you:

- Driver's license
- Birth or baptismal certificate
- School diplomas
- Proof of residence (rent receipts, property and mortgage papers, etc.)
- Draft registration card
- Military discharge certificate (DD-214)
- Military disability information (C-number)
- Seaman's papers
- Marriage certificate
- Divorce decree
- Social Security number
- Income tax reports for the last three years
- Any relevant financial records
- Employment verification (pay stubs)
- Union, lodge, or club cards
- Immigration papers or passport
- Naturalization papers
- Professional papers (certificates, licenses, or permits)
- Car registration papers
- Medical reports (if relevant to your present state of health)
- Department of Welfare records

Other papers:

# United States District Court
## Worksheet for Pretrial Services Report

| PACTS Client ID No.: | Docket/Defendant No.: | Arrest Date: | Interviewing Officer: | Interview Date: |
|---|---|---|---|---|
| | | | | |

## CLIENT PERSONAL DATA - General

| Prefix: | Title: (Dr., PhD., etc.) | Court Name: First     Middle     Last     Generation |
|---|---|---|
| **SSN/EIN:** | **State Identification No.:** | **FBI No.:** |
| **Register/Marshal's No.:** | **ICE (INS) No.:** | **Driver's License No.:** (Include state) |

## CLIENT PERSONAL DATA - Alternate Names and Ids (If more than three, attach list)

| First    Middle    Last    Generation | ☐ Also Known As   ☐ Maiden Name<br>☐ Alternate Name   ☐ True Name |
|---|---|
| First    Middle    Last    Generation | ☐ Also Known As   ☐ Maiden Name<br>☐ Alternate Name   ☐ True Name |
| First    Middle    Last    Generation | ☐ Also Known As   ☐ Maiden Name<br>☐ Alternate Name   ☐ True Name |

**Alternate IDs:** (List any other alien numbers, state ID numbers, SSNs, DOBs)

**Distinguishing Characteristics:** (Scars, tattoos, etc.)

## CLIENT PERSONAL DATA - Demographics

**Sex:** (Check one)
- ☐ Female
- ☐ Male
- ☐ Unknown

**Race:** (Check one)
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ Other Race
- ☐ Unknown
- ☐ White

**Hispanic:** (Check one)
- ☐ Hispanic
- ☐ Non-Hispanic
- ☐ Unknown

**Eye Color:**
- ☐ Blue   ☐ Brown
- ☐ Green   ☐ Hazel
- ☐ Other

**Height:**

**Weight:**

**Age:**

**Date of Birth:**

**Hair Color:**
- ☐ Black     ☐ Blonde
- ☐ Brown    ☐ Grey
- ☐ None     ☐ Other
- ☐ Red      ☐ White

**Place of Birth:**

**Country of Birth:**

**Citizenship:** (Check one)
- ☐ U.S. Citizen    ☐ U.S. National
- ☐ Naturalized U.S. Citizen
- ☐ Citizen of Another Country
- ☐ Unknown

**Country of Citizenship:**

**Immigration Status:** (Check one)
- ☐ Humanitarian Migrant (Refugee)
- ☐ Illegal Alien
- ☐ Permanent Resident (green card)
- ☐ Temporary Visa (travel, student, emp.)
- ☐ Unknown

**Do you possess a passport/visa?** ☐ Yes ☐ No

**Location:**

**Date Naturalized:**

**Have you traveled outside the United States?**

**Date Immigrated to the United States:** _____ **Date Entered the United States:** _____

## CLIENT PERSONAL DATA - Remarks

Include in PACTS? ☐ Yes ☐ No

## CLIENT PERSONAL DATA - Addresses

| Current Address: | | | | Phone (Residence): | Phone (Mobile): |
|---|---|---|---|---|---|
| City: | State: | Zip Code: | County: | | Phone (Pager/Fax): |

| Address Type:<br>☐ Residence<br>☐ Legal Address<br>☐ Mailing Address | Date Moved to This Address (From Date): | | E-Mail: |
|---|---|---|---|
| | Time in Community of Residence: (Client Personal Data/Profile) | | |

| Name on Lease/Mortgage: | Name on Utilities: | Monthly Payment: |
|---|---|---|

| Have you ever lived outside the state/country?  ☐ Yes  ☐ No<br>Explain: | Do you own any firearms?                                          ☐ Yes  ☐ No<br>Are there any firearms where you live?                    ☐ Yes  ☐ No<br>Any dogs or dangerous animals where you live? ☐ Yes  ☐ No |
|---|---|

| Other/Prior Residences | Start Date | End Date | With Whom? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### CLIENT PERSONAL DATA - Collateral Contacts
### (Family, Friends, Other Frequent Contacts, etc.)

(Check box if living with defendant)

| Name/Age | Relationship/Frequency of Contact | Citizenship Status | Address and Phone Number | Miscellaneous Notes/ Occupation |
|---|---|---|---|---|
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |

## MARITAL HISTORY (Including cohabitation)

*(Check box if living with defendant)*

**Current Marital Status:** ☐ Cohabiting  ☐ Divorced  ☐ Married  ☐ Separated  ☐ Single  ☐ Widowed  ☐ Unknown
*(Current Personal Data/Profile)*

| Name | Marital Status | Citizenship | Address/ Telephone No. | Dates of Marriage | No. of Children |
|---|---|---|---|---|---|
| ☐ Current: | | | | | |
| | | | | | |
| | | | | | |

## CHILDREN

*(Check box if living with defendant)*

| Name/Age of Children | Children Live With Whom? | Citizenship | Address/ Telephone No. | Frequency of Contact | Support? |
|---|---|---|---|---|---|
| ☐ | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

## EDUCATION | ## MILITARY HISTORY

**Education Level:** (Client Personal Data/Profile)

☐ No High School Diploma/GED  ☐ Some College  ☐ Doctorate
☐ Graduate Equivalency  ☐ Associate Degree  ☐ Unknown
☐ Vocational/Apprentice Graduate  ☐ Bachelor's Degree
☐ High School Diploma  ☐ Master's Degree

Date Education Obtained/Last Year Attended:
Name/Location of Current School:
Grade Completed:
Certificates/Degrees:

**Branch of Service:**

**Dates of Service:**

**Type of Discharge:**

Were you court-martialed?
☐ Yes  ☐ No

Was any disciplinary action taken?

**English Language Skills:** (Client Personal Data/Profile)

☐ Fluent in English as Primary Language  ☐ Mute - Fluent in International Sign Language
☐ Fluent in English as Secondary Language  ☐ Mute - Limited or No Fluency in International Sign Language
☐ Limited Fluency in English  ☐ Unknown
☐ No Fluency in English  Primary Language (if not English):

# CURRENT EMPLOYMENT/UNEMPLOYMENT
## (Client Personal Data - Employment/Unemployment)

| | |
|---|---|
| **Start Date of Unemployment:** _____ | **Reasons for Unemployment:** (Code as excused in PACTS)<br>☐ Caregiver  ☐ Long-Term Treatment<br>☐ Court Order  ☐ Retired<br>☐ Disabled  ☐ Student<br>☐ Homemaker  ☐ Other: ____<br>☐ Looking for Work (Code as not excused in PACTS) |

| **Company Name:**  ☐ Self-Employed? | **Address (Street):** |
|---|---|
| **Start Date:** \| **Phone No.:** | **City:**  **State:**  **Zip Code:**  **County:** |
| **Hours Per Week:** | **Gross Income for This Employment:** |
| **Occupation:** \| **Job Title:** | $ _____  ☐ Hourly  ☐ Semi-Monthly<br>☐ Weekly  ☐ Monthly |
| **How Long Employed?** \| **Work Hours:** | ☐ Biweekly  ☐ Yearly |

| Can you return to your job?<br>☐ Yes  ☐ No  ☐ Unknown | Does your employer know about your arrest?  ☐ Yes  ☐ No<br>Can your employer be contacted?  ☐ Yes  ☐ No |
|---|---|

| **Supervisor's Name:** | **Supervisor's Title:** | **Supervisor's Phone No.:** | **Supervisor's Cell/Pager No.:** |
|---|---|---|---|

**Vocational/Training Skills:** (Check all that apply) (Client Personal Data/Profile)

☐ Architecture and Engineering  ☐ Finance  ☐ Military Service
☐ Arts, Design, Entertainment and Media  ☐ Food/Lodging Services  ☐ Office/Clerical/Administrative Support
☐ Child/Adult Care  ☐ Healthcare  ☐ Production/Assembly
☐ Community and Social Services  ☐ Janitorial/Cleaning Service  ☐ Sales
☐ Computers and Mathematics  ☐ Laborer  ☐ Tradesman (Electrician/Plumber/Mechanic)
☐ Construction and Extraction  ☐ Landscape/Ground Maintenance  ☐ Transportation and Material Moving
☐ Cosmetology/Barber  ☐ Legal  ☐ Other
☐ Data Processing - Education, Training,  ☐ Life, Physical, and Social Science
 Library Science  ☐ Management
☐ Farming, Fishing, Forestry

## PREVIOUS EMPLOYMENT/UNEMPLOYMENT

| Start and End Dates | Name of Employer/<br>Unemployed | Address of Employer | Nature of Work, Hours Per Week,<br>Salary, Reason for Leaving |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# FINANCIAL INFORMATION

**EMPLOYMENT INCOME:**

Yearly/Monthly/Weekly  $ _____

**PAYMENT METHOD:** (Circle One)
Cash    Check    Commission    Other

**SPOUSE/SIGNIFICANT OTHER'S OCCUPATION** _____

Yearly/Monthly/Weekly  $ _____
Yearly/Monthly/Weekly  $ _____

**Other Source of Income:** (Client Personal Data/Employment)

| | | | |
|---|---|---|---|
| Alimony | $ _____ | Payback on Loans | $ _____ |
| Child Support | $ _____ | Retirement Pension | $ _____ |
| Disability Insurance/ Employee Benefit | $ _____ | Severance Pay | $ _____ |
| | | Trust | |
| Dividend | $ _____ | Unemployment Comp. | $ _____ |
| Family Support | $ _____ | Unknown | $ _____ |
| Food Stamps | $ _____ | Other | $ _____ |
| Investments | $ _____ | Social Security (retirement) | $ _____ |
| Lawsuit Payout | $ _____ | Social Security (disability) | $ _____ |

| ASSETS | | LIABILITIES | BALANCE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Cash | $ | Rent or Mortgage Payment | | |
| Savings Account | $ | Other Mortgage | | |
| Checking Account | $ | Past Due/Pending Foreclosure? | | |
| Stocks/Bonds/Retirement Accounts? ☐ Yes ☐ No Describe: | $ | ☐ Yes ☐ No | | |
| | | Utilities | | |
| | | Groceries | | |
| | | Child Care | | |
| Other Accounts | $ | Child Support (Ordered or Voluntary?) | | |
| | $ | | | |
| | $ | Alimony | | |
| Valuable Property (collections, jewelry, etc.) | $ | Personal Loans | | |
| Business Assets | $ | Business Liabilities | | |

| Motor Vehicles - Ownership | | | Motor Vehicles - Loans/Leases | | | |
|---|---|---|---|---|---|---|
| Year | Make | Model | Amount | Creditor | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Real Estate: | | Auto Insurance | | |
|---|---|---|---|---|
| Date Purchased: | | Total Credit Card Debt | | |
| Address: | | School Loans | | |
| Current Market Value | $ | Outstanding Medical Bills | | |
| Equity | $ | Outstanding Taxes/Fines/Restitution | | |
| Down Payment | $ | Other Debts/Monthly Expenses | | |

Have you ever filed for bankruptcy? ☐ Yes ☐ No    Type of Bankruptcy Filed: _____

Location of Court: _____    Year Filed: _____    Amount Discharged: $ _____

## ADDITIONAL NOTES

## HEALTH

### Physical Health

**Brief Description:**

**Physical Health Status:** (Client Personal Data/Profile)

- ☐ Minor Medical Problems Only
- ☐ Significant Medical Disorder (Under control but follow-up care required)
- ☐ One or More Chronic or Recurrent Medical Problems
- ☐ Uncontrolled Significant Disorder
- ☐ Diagnostic Evaluation or Specific Treatment in Progress
- ☐ None
- ☐ Unknown

**Names of Medications and Reason(s) for Use:**

### Mental Health

**Current Mental Health Status:** (Check all that apply) (Client Personal Data/Profile)

- ☐ No evidence of a current or past mental health condition.
- ☐ History of a mental health condition. No active symptoms.
- ☐ Mental health condition requiring ongoing treatment.
- ☐ Has been in therapy within the last 12 months for a mental health condition.
- ☐ Currently taking medication for a mental health condition (psychotropic drug).
- ☐ Has seen a physician within the last 12 months for a mental health condition.
- ☐ Has been hospitalized within the last 24 months for a mental health condition.

Have you ever seen a doctor for any emotional or psychiatric problems? ☐ Yes ☐ No ☐ Unknown   If yes, when, where, and last visit?

Have you ever been hospitalized for emotional problems?      ☐ Yes ☐ No ☐ Unknown   If yes, when and where?

Have you ever thought of or attempted suicide?      ☐ Yes ☐ No ☐ Unknown   If yes, when, and what method was used or thought of?

Have you ever been prescribed medication for emotional or psychiatric problems?      ☐ Yes ☐ No ☐ Unknown
If yes, name of medication(s) and how long you used it:

Do you have current thoughts of suicide, hearing voices, or seeing things?      ☐ Yes ☐ No ☐ Unknown   If yes, explain.

Do you have a history of gambling?      ☐ Yes ☐ No ☐ Unknown
If yes, describe the type of gambling activities, frequency, and amount:

Do you have a history of domestic violence?      ☐ Yes ☐ No ☐ Unknown   Explain:

### Mental Health Treatment

| Dates | Name of Program | Location | Purpose | Inpatient/Outpatient | Completed? If no, why? |
|-------|-----------------|----------|---------|----------------------|------------------------|
|       |                 |          |         |                      | ☐ Yes  ☐ No |
|       |                 |          |         |                      | ☐ Yes  ☐ No |

## SUBSTANCE ABUSE HISTORY (Client Personal Data/Profile)

| Drug Use | Indicate Drugs of 1st, 2nd, and 3rd Choice | Current | History of | Age Use Began | Last Used | Frequency Used |
|---|---|---|---|---|---|---|
| Alcohol | | ☐ | ☐ | | | |
| Amphetamines | | ☐ | ☐ | | | |
| Benzodiazepines | | ☐ | ☐ | | | |
| Cannabinoids | | ☐ | ☐ | | | |
| Club/Designer Drugs | | ☐ | ☐ | | | |
| Cocaine | | ☐ | ☐ | | | |
| Hallucinogens (PCP, LSD) | | ☐ | ☐ | | | |
| Heroin | | ☐ | ☐ | | | |
| Methamphetamines | | ☐ | ☐ | | | |
| Prescription Opiates | | ☐ | ☐ | | | |
| Other | | ☐ | ☐ | | | |

## Substance Abuse Treatment

| Substance Abuse Treatment History (Check all that apply) | Current | History of | Notes |
|---|---|---|---|
| Inpatient Treatment | ☐ | ☐ | |
| Outpatient Treatment | ☐ | ☐ | |
| Self-Help (AA/NA) | ☐ | ☐ | |
| Confined Treatment Program (BOP) | ☐ | ☐ | |

| Dates | Name of Program | Location | Purpose | Inpatient/ Outpatient | Type of Discharge (Satisfactory/Unsatisfactory) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

If a drug test were taken today, would it reveal any illegal substance or medications?   ☐ Yes   ☐ No   ☐ Unknown
If so, what illegal drugs/medications?

Would you like to receive treatment?   ☐ Yes   ☐ No

## ADDITIONAL NOTES

## SELF-REPORTED CRIMINAL HISTORY (including juvenile adjudications)

| Date Arrested/Age | Agency/Location | Offense Charged and Bail | Disposition or Next Court Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Probation/Parole History?<br>☐ Yes  ☐ No | Where? | Any violations? |
|---|---|---|
|  |  |  |

Probation/Parole Officer's Name, Address, and Telephone No.:

Are you a member of, or have you ever been in a gang?  ☐ Yes     ☐ No

| Gang Name | Initiation Date | When did you get out? |
|---|---|---|
|  |  |  |

Will this information bring harm to you or your family?  ☐ Yes     ☐ No

### INTAKE - Prior Tab

| Prior Failures to Appear: | Prior Escapes: | Prior Abscondings: |
|---|---|---|
|  |  |  |

| Prior Record | Charges (No.) | Convictions (No.) | Drugs (No.) | Violent (No.) | Pending Cases (No.) |
|---|---|---|---|---|---|
| Misdemeanors |  |  |  |  |  |
| Felonies |  |  |  |  |  |

## INVESTIGATION - General Tab (Complete when an investigation is completed)

| Docket No.: (e.g., 1:07M101 or 1:07CR101) |  | Type of Investigation:  ☐ Pretrial Services<br>☐ Material Witness     ☐ Pretrial Diversion |
|---|---|---|

| Investigation Officer: | Date Assigned: | Date Due: | Date Report Submitted: |
|---|---|---|---|
|  |  |  |  |

Temporary Duty?  ☐ Yes  ☐ No

| Judicial Officer: (Leave blank if pretrial diversion) | Jurisdictional Authority:<br>☐ Court (District Court)     ☐ Other District<br>☐ Magistrate     ☐ U.S. Attorney (Use for PTD) |
|---|---|

## ADDITIONAL NOTES

## INTAKE - Opening Tab

| Case Activation Date: | Assigned Officer: | Juvenile? ☐ Yes ☐ No | Sealed? ☐ Yes ☐ No |
|---|---|---|---|

Was the instant offense committed while under the criminal justice system? ☐ Yes ☐ No

Was the case diverted post-charge? ☐ Yes ☐ No

**Referral Type:**
☐ Arrest
☐ Summons
☐ Verbal Notice
☐ Writ-Release Not Possible

**Type of Case: (Intake Type)**
☐ Diversion
☐ Material Witness
☐ Pretrial Services

**Charging Document:**
☐ Citation
☐ Complaint
☐ Indictment
☐ Information
☐ Not Applicable
☐ Violation Petition

Rule 5 Transfer In? ☐    Rule 20 Transfer In? ☐    Courtesy In? ☐ Yes
(Transfer district information not required)

| Transfer District: | Transfer District Docket No.: | Transfer District PACTS No.: |
|---|---|---|

**Arrest** is used when: 1) the defendant appears in court following an arrest, with or without a warrant, 2) the defendant turns himself/herself in or self-surrenders on a warrant. **Writ** is used when the defendant appears in federal court but remains under the jurisdiction of another agency with no eligibility for release within 90 days. **If the defendant appears pursuant to a writ but is eligible for release within 90 days, use "arrest." Verbal Notice** is used when the defendant's appearance in court is not a result of any of the above procedures–for example, if the defendant voluntarily appears in court pursuant to agreement with the government and no formal summons, warrant, or writ has been issued.

## INTAKE - Interview/Report Tab

**Interview Status:**

☐ Interviewed
☐ Refused Interview
☐ Unable to Interview

**When was a bail report submitted?**
(N/A if Report Type = None)
☐ Pre-Initial Hearing
☐ Pre-Detention Hearing
☐ Post-Release

**How was the bail report submitted?**
(N/A if Report Type = None)
☐ Oral
☐ Written

**Report Type:**
☐ Full
☐ Modified
☐ Addendum (Rule 5)
☐ None

**PSO Recommendations:**
☐ Detention
☐ Release With Supervision
☐ Release Without Supervision
☐ No Recommendations

**AUSA Recommendations:**
☐ Detention
☐ Release With Supervision
☐ Release Without Supervision
☐ No Recommendations

| Defense Counsel's Name and Telephone No.: | AUSA's Name and Telephone No.: |
|---|---|

## INTAKE - Offense Tab/Charged Offense

**Class of Offense:**
☐ Misdemeanor-Class A - 1 year or less but more than 6 months
☐ Misdemeanor-Class B - 6 months or less but more than 30 days
☐ Misdemeanor-Class C - 30 days or less but more than 5 days
☐ Infraction - 5 days or less, or no imprisonment is authorized

☐ Felony-Class A - life or death
☐ Felony-Class B - 25 years or more
☐ Felony-Class C - Less than 25 years but 10 or more years
☐ Felony-Class D - Less than 10 years but 5 or more years
☐ Felony-Class E - Less than 5 years but more than 1 year

**Citation:** (In CM/ECF format)

## RELEASE/DETENTION ORDERS

| Hearing | Order Date | Release/Detention Outcome | Type of Bond (if released) | Release Date | Detained Due to/ Judge Issuing Order |
|---|---|---|---|---|---|
| Initial | | ☐ Released<br>☐ Detained | ☐ Collateral Bond<br>☐ Percentage Bond<br>☐ Personal Recognizance<br>☐ Surety Bond<br>☐ Unsecured Bond | | ☐ Temporary Detention<br>☐ Held for Detention Hearing<br>☐ Consent to Detention<br><br>Judge: |
| Detention (if held) | | ☐ Released<br>☐ Detained | ☐ Collateral Bond<br>☐ Percentage Bond<br>☐ Personal Recognizance<br>☐ Surety Bond<br>☐ Unsecured Bond | | ☐ Preventive Detention<br>☐ Flight ☐ Danger ☐ Both<br>☐ Consent to Detention<br><br>Judge: |

## PSA SUPERVISION

| Date Released to Pretrial Supervision: | Supervising Officer: | Courtesy Pretrial Services Out?<br>☐ Yes ☐ No | District Providing Courtesy Pretrial Services or Courtesy Diversion Supervision: |
|---|---|---|---|
| PTD Months: | PTD Expiration Date: | | |

# COURT-ORDERED RELEASE CONDITIONS

Check all conditions that were ordered by the court: (See PACTS Conditions Module for definitions)

## TREATMENT/COUNSELING/ TRAINING-RELATED CONDITIONS

- ☐ Substance Abuse Evaluation
- ☐ Drug Treatment
- ☐ Alcohol Treatment Only
- ☐ Substance Abuse Testing
- ☐ No Tampering With Substance Abuse Testing
- ☐ No Illegal Use of Controlled Substances
- ☐ No Excessive Alcohol Use
- ☐ Alcohol Abstinence
- ☐ DNA Testing
- ☐ Mental Health Treatment
- ☐ Mental Health Evaluation
- ☐ Sex Offender Assessment
- ☐ Sex Offender Treatment
- ☐ Life Skills Counseling
- ☐ Education/Training Requirements
- ☐ Other Treatment/Training/Education

## SUPERVISION REPORTING/ CUSTODIAN CONDITIONS

- ☐ Third-Party Custody
- ☐ Pretrial Services Supervision
- ☐ Report Any Change of Address
- ☐ Personal Reporting Frequency
  Amount:
  - ☐ Daily  ☐ Weekly  ☐ Monthly
  - ☐ Quarterly  ☐ Yearly
- ☐ Telephone Reporting Frequency
  Amount:
  - ☐ Daily  ☐ Weekly  ☐ Monthly
  - ☐ Quarterly  ☐ Yearly
- ☐ Report to Law Enforcement

## FINANCIAL/SERVICE-RELATED CONDITIONS

- ☐ Restitution
- ☐ Community Service
- ☐ Other Financial Obligations
- ☐ Other Service Obligations

## SEARCH/SEIZURE COMPUTER CONDITIONS

- ☐ Search/Seizure
- ☐ Computer Search
- ☐ Computer/Internet Restrictions

## LOCATION/EMPLOYMENT ASSOCIATION RESTRICTIONS

- ☐ Location Monitoring Program
- ☐ Stand-Alone Monitoring
- ☐ Location Monitoring - Other
- ☐ Re-Entry Center - Full Time
- ☐ Re-Entry Center - Part Time
- ☐ Work Release From Secure Facility
- ☐ Residential Requirements/Restrictions
- ☐ Travel Restrictions
- ☐ Surrender Passport
- ☐ Obtain No New Passport
- ☐ Employment Restrictions
- ☐ Obtain and Maintain Employment
- ☐ No Contact With Victim
- ☐ No Contact With Minors
- ☐ Association Restrictions
- ☐ Report Contact With Law Enforcement
- ☐ Weapons Restrictions
- ☐ No Possession of Pornographic Materials
- ☐ Other Location/Employment/ Association Restrictions

## OTHER

- ☐ Other Condition:

# INTAKE-Closing

**Closing Date:**

**Disposition:**
- ☐ Acquitted  ☐ Close-Courtesy Only  ☐ Deferred Judgment  ☐ Dismissed
- ☐ Diversion Denied  ☐ Diversion Terminated by Gov't  ☐ Execution of Sentence
- ☐ Found NGBRI  ☐ Fugitive FTA  ☐ Other  ☐ PTD Satisfied  ☐ Transferred Out

**Transfer District:**

**Docket No.:**

**Defendant No.:**

**Voluntary Surrender Date:**

# ADDITIONAL NOTES

Check the appropriate charged classification/category/subcategory for the charged offense:

| Classification | Category | Subcategory | Classification | Category | Subcategory |
|---|---|---|---|---|---|
| Drugs ☐ | Continuing Criminal Ent. ☐ | | Drugs ☐ | Manufacture/Cult. ☐ | Other Drug ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Cocaine ☐ | Drugs ☐ | Manufacture/Cult. ☐ | Other Opiate ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Heroin ☐ | Drugs ☐ | Manufacture/Cult. ☐ | Prescription Drugs ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Marijuana ☐ | Drugs ☐ | Other ☐ | Cocaine ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | MDMA ☐ | Drugs ☐ | Other ☐ | Heroin ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Meth. ☐ | Drugs ☐ | Other ☐ | Marijuana ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Near a School ☐ | Drugs ☐ | Other ☐ | MDMA ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Other Drug ☐ | Drugs ☐ | Other ☐ | Meth. ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Other Opiate ☐ | Drugs ☐ | Other ☐ | Other Drug ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | Prescription Drugs ☐ | Drugs ☐ | Other ☐ | Other Opiate ☐ |
| Drugs ☐ | Dist./Trafficking ☐ | | Drugs ☐ | Other ☐ | Prescription Drugs ☐ |
| Drugs ☐ | Import/Export ☐ | Cocaine ☐ | Drugs ☐ | Possession ☐ | Cocaine ☐ |
| Drugs ☐ | Import/Export ☐ | Heroin ☐ | Drugs ☐ | Possession ☐ | Heroin ☐ |
| Drugs ☐ | Import/Export ☐ | Marijuana ☐ | Drugs ☐ | Possession ☐ | Marijuana ☐ |
| Drugs ☐ | Import/Export ☐ | MDMA ☐ | Drugs ☐ | Possession ☐ | MDMA ☐ |
| Drugs ☐ | Import/Export ☐ | Meth. ☐ | Drugs ☐ | Possession ☐ | Meth. ☐ |
| Drugs ☐ | Import/Export ☐ | Other Drug ☐ | Drugs ☐ | Possession ☐ | Other Drug ☐ |
| Drugs ☐ | Import/Export ☐ | Other Opiate ☐ | Drugs ☐ | Possession ☐ | Other Opiate ☐ |
| Drugs ☐ | Import/Export ☐ | Prescription Drugs ☐ | Drugs ☐ | Possession ☐ | Prescription Drugs ☐ |
| Drugs ☐ | Manufacture/Cult. ☐ | Cocaine ☐ | Drugs ☐ | Possession While in Prison ☐ | |
| Drugs ☐ | Manufacture/Cultivation ☐ | Heroin ☐ | Drugs ☐ | Use of a Communication Facility ☐ | |
| Drugs ☐ | Manufacture/Cult. ☐ | Marijuana ☐ | | | |
| Drugs ☐ | Manufacture/Cult. ☐ | MDMA ☐ | Financial Offenses ☐ | Access Devices ☐ | |
| Drugs ☐ | Manufacture/Cult. ☐ | Meth. ☐ | Financial Offenses ☐ | Concealment of Assets ☐ | |
| Financial Offenses ☐ | Copyright Infringement ☐ | | Financial Offenses ☐ | Gambling and Lottery ☐ | |
| Financial Offenses ☐ | Counterfeiting ☐ | Currency ☐ | Financial Offenses ☐ | Interstate Trans. ☐ | |

| Classification | Category | Subcategory | Classification | Category | Subcategory |
|---|---|---|---|---|---|
| Financial Offenses ☐ | Counterfeiting ☐ | General ☐ | Financial Offenses ☐ | Misuse of Social Security Number ☐ | |
| Financial Offenses ☐ | Embezzlement ☐ | Bank ☐ | Financial Offenses ☐ | Money Laundering ☐ | |
| Financial Offenses ☐ | Embezzlement ☐ | General ☐ | Financial Offenses ☐ | Receiving Stolen Property ☐ | |
| Financial Offenses ☐ | Embezzlement ☐ | Postal ☐ | Financial Offenses ☐ | Satellite Piracy ☐ | |
| Financial Offenses ☐ | Engaging in Monetary Transactions ☐ | | Financial Offenses ☐ | Structuring Transactions to Avoid Reporting ☐ | |
| Financial Offenses ☐ | Export/Import Monetary Instruments ☐ | | Financial Offenses ☐ | Tax ☐ | General ☐ |
| Financial Offenses ☐ | Failure to Pay Child Support ☐ | | Financial Offenses ☐ | Tax ☐ | Evasion ☐ |
| Financial Offenses ☐ | False Claims ☐ | | Financial Offenses ☐ | Tax ☐ | Failure to File ☐ |
| Financial Offenses ☐ | False Financial Statements ☐ | | Financial Offenses ☐ | Tax ☐ | Liquor ☐ |
| Financial Offenses ☐ | Food Stamp Violation ☐ | | Financial Offenses ☐ | Tax ☐ | Trafficking in Contraband Cigarettes ☐ |
| Financial Offenses ☐ | Forgery ☐ | Checks ☐ | Financial Offenses ☐ | Theft ☐ | Auto ☐ |
| Financial Offenses ☐ | Forgery ☐ | General ☐ | Financial Offenses ☐ | Theft ☐ | Bank ☐ |
| Financial Offenses ☐ | Forgery ☐ | Instruments/ Securities ☐ | Financial Offenses ☐ | Theft ☐ | From Firearms Dealer ☐ |
| Financial Offenses ☐ | Fraud ☐ | Bank ☐ | Financial Offenses ☐ | Theft ☐ | General ☐ |
| Financial Offenses ☐ | Fraud ☐ | Bankruptcy ☐ | Financial Offenses ☐ | Theft ☐ | Identification Documents ☐ |
| Financial Offenses ☐ | Fraud ☐ | Computer ☐ | Financial Offenses ☐ | Theft ☐ | Identity ☐ |
| Financial Offenses ☐ | Fraud ☐ | Credit Card ☐ | Financial Offenses ☐ | Theft ☐ | Mail ☐ |
| Financial Offenses ☐ | Fraud ☐ | General ☐ | Financial Offenses ☐ | Transportation of Stolen Property ☐ | |
| Financial Offenses ☐ | Fraud ☐ | Healthcare ☐ | Financial Offenses ☐ | Worthless Checks ☐ | |
| Financial Offenses ☐ | Fraud ☐ | Housing ☐ | Immigration/Customs ☐ | False Statement in Application of Passport ☐ | |
| Financial Offenses ☐ | Fraud ☐ | Identity ☐ | Immigration/Customs ☐ | False Statements ☐ | |
| Financial Offenses ☐ | Fraud ☐ | Mail ☐ | Immigration/Customs ☐ | Fraudulent Papers ☐ | |
| Financial Offenses ☐ | Fraud ☐ | Passport ☐ | Immigration/Customs ☐ | Illegal Entry ☐ | |
| Financial Offenses ☐ | Fraud ☐ | Securities ☐ | Immigration/Customs ☐ | Illegal Reentry ☐ | |
| Financial Offenses ☐ | Fraud ☐ | Wire ☐ | Immigration/Customs ☐ | Illegal Reentry After Deportation ☐ | |

| Classification | Category | Subcategory | Classification | Category | Subcategory |
|---|---|---|---|---|---|
| Immigration/Customs ☐ | Impersonation of U.S. Citizen ☐ | | Public Order ☐ | Criminal Mischief ☐ | |
| Immigration/Customs ☐ | Misuse of Passport ☐ | | Public Order ☐ | Damage to Property ☐ | |
| Immigration/Customs ☐ | Other Immigration ☐ | | Public Order ☐ | Destruction of Mail ☐ | |
| Immigration/Customs ☐ | Smuggling Aliens ☐ | | Public Order ☐ | Disorderly Conduct ☐ | |
| Immigration/Customs ☐ | Smuggling Goods Into the United States ☐ | | Public Order ☐ | Environmental Violations ☐ | |
| | | | Public Order ☐ | Game Conservation Acts ☐ | |
| Obstruction/Escape ☐ | Bribery ☐ | | Public Order ☐ | Interference With Flight Crew ☐ | |
| Obstruction/Escape ☐ | Contempt of Court ☐ | | Public Order ☐ | Lewd Conduct ☐ | |
| Obstruction/Escape ☐ | Detention of Material Witness ☐ | | Public Order ☐ | Misrepresentation of U.S. Employee ☐ | |
| Obstruction/Escape ☐ | Escape ☐ | | Public Order ☐ | National Parks Violation ☐ | |
| Obstruction/Escape ☐ | Evidence Tampering ☐ | | Public Order ☐ | Open Container Violation ☐ | |
| Obstruction/Escape ☐ | Failure to Appear ☐ | | Public Order ☐ | Other Public Order ☐ | |
| Obstruction/Escape ☐ | General Obstruction ☐ | | Public Order ☐ | Prostitution ☐ | |
| Obstruction/Escape ☐ | Harbor Fugitive ☐ | | Public Order ☐ | Public Intoxication ☐ | |
| Obstruction/Escape ☐ | Juror Tampering ☐ | | Public Order ☐ | Trespassing ☐ | |
| Obstruction/Escape ☐ | Mail Obstruction ☐ | | | | |
| Obstruction/Escape ☐ | Misprision of a Felony ☐ | | | | |
| Obstruction/Escape ☐ | Obstruct Justice ☐ | | Traffic/DWI ☐ | Driving Under the Influence ☐ | |
| Obstruction/Escape ☐ | Offense Committed While on Release ☐ | | Traffic/DWI ☐ | Driving While License Suspended/ Revoked ☐ | |
| Obstruction/Escape ☐ | Perjury ☐ | | Traffic/DWI ☐ | Drunken Driving ☐ | |
| Obstruction/Escape ☐ | Resisting Arrest ☐ | | Traffic/DWI ☐ | General Traffic ☐ | |
| Obstruction/Escape ☐ | Witness Tampering ☐ | | Traffic/DWI ☐ | Leaving Scene of Accident ☐ | |
| Obstruction/Escape ☐ | | | Traffic/DWI ☐ | Reckless Driving ☐ | |
| Public Order ☐ | Accessory After the Fact ☐ | | | | |
| Public Order ☐ | Adulteration of Food or Drug ☐ | | Violence/Sex Offense ☐ | Animal Cruelty ☐ | |
| Public Order ☐ | Civil Disorder ☐ | | Violence/Sex Offense ☐ | Arson ☐ | |
| Public Order ☐ | Contraband in Prison ☐ | | Violence/Sex Offense ☐ | Assault ☐ | Aggravated ☐ |
| Public Order ☐ | Contributing to the Delinquency of a Minor ☐ | | Violence/Sex Offense ☐ | Assault ☐ | Attempted Murder ☐ |

| Classification | Category | Subcategory | Classification | Category | Subcategory |
|---|---|---|---|---|---|
| Violence/Sex Offense ☐ | Assault ☐ | General ☐ | Violence/Sex Offense ☐ | Murder ☐ | Second Degree ☐ |
| Violence/Sex Offense ☐ | Assault ☐ | Simple ☐ | Violence/Sex Offense ☐ | Negligent Homicide ☐ | |
| Violence/Sex Offense ☐ | Assault ☐ | With Battery ☐ | Violence/Sex Offense ☐ | Possession of Child Pornography ☐ | |
| Violence/Sex Offense ☐ | Assault ☐ | With Weapon ☐ | Violence/Sex Offense ☐ | Racketeering ☐ | |
| Violence/Sex Offense ☐ | Bank Robbery ☐ | Armed ☐ | Violence/Sex Offense ☐ | Rape ☐ | |
| Violence/Sex Offense ☐ | Bank Robbery ☐ | Unarmed ☐ | Violence/Sex Offense ☐ | Robbery ☐ | Armed ☐ |
| Violence/Sex Offense ☐ | Burglary ☐ | Bank ☐ | Violence/Sex Offense ☐ | Robbery ☐ | General ☐ |
| Violence/Sex Offense ☐ | Burglary ☐ | General ☐ | Violence/Sex Offense ☐ | Robbery ☐ | Motor Vehicle ☐ |
| Violence/Sex Offense ☐ | Burglary ☐ | Postal ☐ | Violence/Sex Offense ☐ | Robbery ☐ | Unarmed ☐ |
| Violence/Sex Offense ☐ | Burglary ☐ | Residential ☐ | Violence/Sex Offense ☐ | Sexual Abuse ☐ | |
| Violence/Sex Offense ☐ | Child Exploitation ☐ | | Violence/Sex Offense ☐ | Sexual Abuse of Minors ☐ | |
| Violence/Sex Offense ☐ | Child Molestation ☐ | | Violence/Sex Offense ☐ | Stalking ☐ | |
| Violence/Sex Offense ☐ | Child Trafficking ☐ | | Violence/Sex Offense ☐ | Threatening Communications ☐ | |
| Violence/Sex Offense ☐ | Domestic Violence ☐ | Child Abuse ☐ | Violence/Sex Offense ☐ | Transportation for Prostitution ☐ | |
| Violence/Sex Offense ☐ | Domestic Violence ☐ | Child Neglect ☐ | Violence/Sex Offense ☐ | Transportation of Minors ☐ | |
| Violence/Sex Offense ☐ | Domestic Violence ☐ | General ☐ | Violence/Sex Offense ☐ | Violation of Restraining Order ☐ | |
| Violence/Sex Offense ☐ | Domestic Violence ☐ | Spouse Abuse ☐ | | | |
| Violence/Sex Offense ☐ | Extortion, Threats ☐ | | Weapons/Firearms ☐ | Armed Career Criminal ☐ | |
| Violence/Sex Offense ☐ | Failure to Register as Sex Offender ☐ | | Weapons/Firearms ☐ | Concealed Weapon ☐ | |
| Violence/Sex Offense ☐ | General Sex Offense ☐ | | Weapons/Firearms ☐ | During Crime of Violence ☐ | |
| Violence/Sex Offense ☐ | General Violence ☐ | | Weapons/Firearms ☐ | During Drug Offense ☐ | |
| Violence/Sex Offense ☐ | Human Trafficking ☐ | | Weapons/Firearms ☐ | Export of Weapons/Munitions ☐ | |
| Violence/Sex Offense ☐ | Kidnaping ☐ | | Weapons/Firearms ☐ | Export/Import ☐ | |
| Violence/Sex Offense ☐ | Manslaughter ☐ | General ☐ | Weapons/Firearms ☐ | Felon in Possession ☐ | |
| Violence/Sex Offense ☐ | Manslaughter ☐ | Vehicular ☐ | Weapons/Firearms ☐ | Import Explosives ☐ | |
| Violence/Sex Offense ☐ | Murder ☐ | General ☐ | Weapons/Firearms ☐ | Interstate Shipment ☐ | |
| Violence/Sex Offense ☐ | Murder ☐ | First Degree ☐ | Weapons/Firearms ☐ | Other Unlawful Possession ☐ | |
| | | | | | |
| | | | | | |

| Classification | Category | Subcategory | Classification | Category | Subcategory |
|---|---|---|---|---|---|
| Weapons/Firearms ☐ | Other Weapon ☐ | | | | |
| Weapons/Firearms ☐ | Possession in Prison ☐ | | | | |
| Weapons/Firearms ☐ | Sell to Unauthorized Person ☐ | | | | |
| Weapons/Firearms ☐ | Selling Defaced y Firearms ☐ | | | | |
| Weapons/Firearms ☐ | Supplied to Drug Traffickers ☐ | | | | |
| Weapons/Firearms ☐ | Transportation of Stolen Weapons ☐ | | | | |
| Weapons/Firearms ☐ | Use/Distribution of Explosives ☐ | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |