# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 26-cr-0023 |
| ) | |
| Nael N Jabbar ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/17/26

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney*

Jeffrey Guerard
*Printed name of defendant's attorney*

_____
*Judge's Signature*

Brett H. Ludwig, U.S. District Judge
*Judge's Name and Title*