# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

**UNITED STATES OF AMERICA**

v.

**NAEL N. JABBAR**

**COUNSEL-ONLY STATUS CONFERENCE (by telephone)**

**Case No. 26-cr-0023-bhl**

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: August 19, 2026
Deputy Clerk: Julie D.

Time Called: 9:00 a.m.
Time Concluded: 9:10 a.m.
Tape: 19

**Appearances:**

UNITED STATES OF AMERICA by: John P. Scully

NAEL N. JABBAR by: Jeffrey J. Guerard

---

The Court summarized the procedural history of the case including that the defendant's sentencing has been adjourned due to his significant medical issues. Defense counsel reported that his client will need bypass surgery and that surgery is scheduled for October 29, 2026. Defense counsel recommended that a status conference be set after the surgery. The government did not object. The Court suggested setting a status conference one-month post-surgery to allow for the defendant's initial recovery, which should inform when a final sentencing can take place. The parties agreed with the Court's suggested approach.

With the agreement of both parties, the Court set a continued counsel-only status conference for **December 1, 2026, at 9:00 a.m.** To appear, counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time.